# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GAIL FIALKOV, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

MICROSOFT CORPORATION, et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. C13-2039RSM

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Defendants' Motion to Dismiss having previously been granted, this case in now CLOSED.

Dated this 20 day of January 2015.

WILLIAM M. MCCOOL
Clerk

/s/ Rhonda Stiles
Deputy Clerk